**DISMISS and Opinion Filed August 23, 2024**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

## No. 05-23-01157-CV
_____

**SAMUEL OBAZEE, Appellant**
**V.**
**THE SHORES OF EASTERN HILLS OWNERS ASSOCIATION, INC. AND RABAH, LLC, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06521**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Miskel

Appellant's brief in this case is overdue. By order dated June 28, 2024, we ordered appellant to file his brief by July 28, 2024. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Emily Miskel/
EMILY MISKEL
231157F.P05                                    JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SAMUEL OBAZEE, Appellant

No. 05-23-01157-CV      V.

THE SHORES OF EASTERN
HILLS OWNERS ASSOCIATION,
INC. AND RABAH, LLC, Appellees

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-06521.
Opinion delivered by Justice Miskel.
Justices Smith and Breedlove
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered August 23, 2024